UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

In the Matter of          File No. 09-35878

         Chapter 7

DANIEL A. CHRISTOPHER,
DEBRA L. CHRISTOPHER,          JUDGE DANIEL S. OPPERMAN
         Debtor(s).
_____/

## NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

Unclaimed dividends are being turned over to the U.S. Bankruptcy Court in the amount of $135.53 for Claim # 000011 – Fifth Third Bank-Bankruptcy Department/MD#RSCB3E, 1830 E. Paris SE, Grand Rapids, MI 49546.

The last known address of the claimant used to forward the above mentioned funds was:
         Fifth Third Bank
         Bankruptcy Department
         MD#RSCB3E
         1830 East Paris SE
         Grand Rapids, MI 49546


Dated: January 4, 2011

         /s/ Michael A. Mason
         Michael A. Mason, Trustee
         516 W. Court Street
         Flint, MI 48503
         Telephone: (810) 234-9201
         Email: mamtrustee@sbcglobal.net
         P-17185

Prepared by:
Michael A. Mason
516 W. Court Street
Flint, MI 48503
Telephone: (810) 234-9201
Email: mamtrustee@sbcglobal.net

(P17185)

2